

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name: In re Sanni

Appellate case number: 01-13-00144-CV

Trial court case number:  2002-08930

Trial court: 309th District Court of Harris County

Relator has filed a petition for a writ of mandamus.  This court requests a response from the real party in interest.  *See* TEX. R. APP. P. 52.4. The response, if any, is due March 7, 2013.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
☑ Acting individually ☐ Acting for the Court

Date: February 20, 2013